UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARELE RUIZ CORRALES,

Plaintiff,

v.

JOSEPH B. EDLOW, ET AL.,

Defendants.

Case No. 1:26-CV-06231-FJS

ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 4)

On September 2, 2026, Plaintiff Carele Ruiz Corrales ("Plaintiff") filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 4.) In light of this notice, Plaintiff's action against Defendants is terminated by operation of law without further order from the court. Fed. R. Civ. P. 41(a). This court VACATES all pending dates and matters. The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **September 8, 2026**

UNITED STATES MAGISTRATE JUDGE